HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
HEIDI EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-161-JAM |
| Plaintiff, | [PROPOSED] ORDER RE TEMPORARY RETURN OF PASSPORT |
| vs. | |
| HEIDI EDWARDS, | Judge: Hon. Allison Claire |
| Defendant. | |

The Court, having received and considered the defense's motion for a temporary return of the Defendant's passport; noting the government takes no position on the defense's request; noting that the parties do not oppose a ruling on the papers; and good cause appearing therefrom, adopts the defense's motion for the temporary return of the Defendant's passport in its entirety as its Order, under the following conditions:

- Within two weeks of receiving this Order, the Defendant will book her travel, leaving on or around November 06, 2024 and returning to the Eastern District of California on or around November 11, 2024;
- The Defendant will promptly submit her itinerary to her counsel of record in this matter;
- Her counsel of record will promptly provide the itinerary to the government and the Court via e-mail;
- The Clerk of the Court shall release the Defendant's passport to her custody as of

November 01, 2024;

- The Defendant will pick up her passport on or after November 01, 2024 from the Office of the Clerk, Room 4-200 of the Sacramento federal courthouse at 501 I Street, Sacramento, California, 95814;

- During the herein-referenced trip, the Defendant shall:
  - check in at least daily with her counsel of record via e-mail or telephone; and
  - immediately report any travel issues that may result in a deviation from her pre-disclosed itinerary to her counsel of record;

- Upon her return from the above-referenced trip, the Defendant shall re-surrender her passport to the Clerk of the Court no later than the next business day after returning to the Eastern District of California; and

- Defendant's counsel of record shall immediately inform the Court and the government of any violations of this Order.

IT IS SO ORDERED.

Dated: September 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE