Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Heidi Edwards

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:22-CR-00161 JAM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR RETURN OF |
| | ) U.S. PASSPORT RECEIVED AS |
| vs. | ) COLLATERAL |
| | ) |
| HEIDI EDWARDS, | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, the court hereby orders the return of the defendant's

United States passport forthwith. (DOC 64) The passport may be provided to Ms. Edwards'

defense counsel, Mr. Warriner, or to the defendant herself.

DATED: March 12, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1