ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES MECHAM,<br>KURT STOCKS, AND<br>HEIDI EDWARDS,<br>Defendants. | 2:22-cr-00161 JAM<br>**FINAL ORDER OF FORFEITURE** |

On October 2, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between the United States of America and defendants James Mecham, Kurt Stocks, and Heidi Edwards forfeiting to the United States the following property:

a. Approximately $5,713.82 seized from Bank of America Account Number 1641 0242 5652,
b. Approximately $23,077.78 seized from First Citizens Bank Account Number 001064426523,
c. Approximately $22,852.67 seized from 1st Bank, A Division of Glacier Bank, Account Number 910600008915,
d. Approximately $21,492.09 seized from Wyochem Federal Credit Union Account Number 37648 (S9),
e. Approximately $12,397.47 seized from High Desert Bank Account Number 4042002813,
f. Approximately $8,209.08 seized from High Desert Bank Account Number 4042002826,
g. Approximately $3,213.75 seized from Safe Credit Union Account Number

822910 (9),

h. Approximately $6,798.26 seized from El Dorado Savings Bank Account Number 0053012902,

i. 2016 Ford, F150 Super Cab Pickup, VIN: 1FTFX1EGXGKG04896,

j. Real property located at 2489 Highland Hills Drive, El Dorado Hills, California, El Dorado County, APN: 126-190-027-000,

k. Real property located at 8600 E Jasper Street, Gold Canyon, Arizona, Pinal County, APN: 104-95-006,

l. Approximately $4,436.39 seized from Bank of America Account Number 5010 1940 4044,

m. Approximately $6,350.56 seized from Patelco Credit Union Account Number 473661,

n. Approximately $7,717.13 seized from Umpqua Bank Account Number 4863921948,

o. Approximately $10,857.37 seized from Tri Counties Bank Account Number 491039991,

p. 2015 Mercedes-Benz, ML350, VIN: 4JGDA5HB9FA479275,

q. 2017 Ford, F250 Super Duty Pickup, VIN: 1FT7X2BT6HEB22700,

r. Approximately $100,000.00, representing the substitute *res* for forfeiture purposes, funds which will be forfeited in lieu of forfeiting real property located at 6282 El Dorado Street, El Dorado Hills, California, El Dorado County, APN: 331-191-065-000,

s. Approximately $117,151.48 seized from Bank of America Account Number 5010 1714 7633,

t. Approximately $43,882.17 seized from Bank of America Account Number 5010 0170 0675,

u. Approximately $4,436.39 seized from Bank of America Account Number 5010 1940 4044,

v. Approximately $60,328.73 seized from Uniwyo Federal Credit Union Account Number 61324, and

w. Approximately $29,438.90 seized from Mechanics Bank Account Number 42073421.

Beginning on October 8, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property, plus all accrued interest, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), including all right, title, and interest of James Mecham,

Kurt Stocks, and Heidi Edwards:

a. Approximately $5,713.82 seized from Bank of America Account Number 1641 0242 5652,
b. Approximately $23,077.78 seized from First Citizens Bank Account Number 001064426523,
c. Approximately $22,852.67 seized from 1st Bank, A Division of Glacier Bank, Account Number 910600008915,
d. Approximately $21,492.09 seized from Wyochem Federal Credit Union Account Number 37648 (S9),
e. Approximately $12,397.47 seized from High Desert Bank Account Number 4042002813,
f. Approximately $8,209.08 seized from High Desert Bank Account Number 4042002826,
g. Approximately $3,213.75 seized from Safe Credit Union Account Number 822910 (9),
h. Approximately $6,798.26 seized from El Dorado Savings Bank Account Number 0053012902,
i. 2016 Ford, F150 Super Cab Pickup, VIN: 1FTFX1EGXGKG04896,
j. Approximately $1,364,790.60 in net sale proceeds in lieu of the real property at 2489 Highland Hills Drive, El Dorado Hills, California, El Dorado County, APN: 126-190-027-000,
k. Real property located at 8600 E Jasper Street, Gold Canyon, Arizona, Pinal County, APN: 104-95-006,
l. Approximately $4,436.39 seized from Bank of America Account Number 5010 1940 4044,
m. Approximately $6,350.56 seized from Patelco Credit Union Account Number 473661,
n. Approximately $7,717.13 seized from Umpqua Bank Account Number 4863921948,
o. Approximately $10,857.37 seized from Tri Counties Bank Account Number 491039991,
p. 2015 Mercedes-Benz, ML350, VIN: 4JGDA5HB9FA479275,
q. 2017 Ford, F250 Super Duty Pickup, VIN: 1FT7X2BT6HEB22700,
r. Approximately $100,000.00, representing the substitute *res* for forfeiture purposes, funds which will be forfeited in lieu of forfeiting real property at 6282 El Dorado Street, El Dorado Hills, California, El Dorado County, APN: 331-191-065-000,
s. Approximately $117,151.48 seized from Bank of America Account Number 5010 1714 7633,
t. Approximately $43,882.17 seized from Bank of America Account Number 5010 0170 0675,
u. Approximately $60,328.73 seized from Uniwyo Federal Credit Union Account Number 61324, and
v. Approximately $29,438.90 seized from Mechanics Bank Account Number 42073421.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

3. The U.S. Department of Treasury (or its designee) shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: July 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE